UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

Case No. 05-CV-80369
HON. GEORGE CARAM STEEH

PHILLIP WALLS D-4,
AMANDA CHAMBERS D-9,
MICHELLE WALLS D-5,
RICCARDO TOLLIVER D-3,
and LINDA MASON D-7,

  Defendants.
_____/

### ORDER GRANTING IN PART DEFENDANT PHILLIP WALLS' MOTION FOR DISCLOSURE OF RULE 404(b) AND RULE 609 EVIDENCE (# 115) AND GRANTING IN PART DEFENDANTS CHAMBERS', MICHELLE WALLS', TOLLIVER'S AND MASON'S JOINDERS IN THE MOTION (#116, #117, #118, #119, #122)

  Defendant Phillip Walls moves for pretrial disclosure of Rule 404(b) prior bad act evidence and Rule 609 impeachment evidence by prior criminal conviction relative to himself and alleged co-conspirators. The government has not filed a timely response. "[U]pon request by the accused, the prosecution in a criminal case shall provide reasonable notice in advance of trial, or during trial if the court excuses pretrial notice on good cause shown, of the general nature of any [crimes, wrongs, or prior acts] evidence it intends to introduce at trial." Fed. R. Evid. 404(b). Trial in this matter is currently scheduled for March 20, 2007. Defendant Phillip Wall's motion for disclosure of Rule 404(b) and Rule 609 evidence is hereby GRANTED, IN PART, to the extent the government is hereby ORDERED to provide reasonable notice to Phillip Walls in advance of trial of the general nature of any crimes, wrongs, or prior acts of Phillip Walls it intends to introduce against him at trial, such notice to be furnished within 14 days of the date of this Order. The remainder of Phillip Walls' motion is hereby DENIED as it pertains to pretrial disclosure to

him of Rule 404(b) and Rule 609 evidence relative to another defendant or alleged co-conspirator.  See Order Denying Wells' Motion for Pretrial Disclosure of Impeaching Information.  Defendants Chambers', Michelle Walls', Tolliver's, and Mason's separate joinders in the motion are here GRANTED, IN PART, to the extent the government is hereby ORDERED to provide each of these defendants with reasonable notice in advance of trial of the general nature of any of their own crimes, wrongs, or prior acts the government intends to introduce against then at trial.  Such notice is to be furnished within 14 days of the date of this Order.  The defendants' separate joinders are hereby DENIED to the extent a defendant seeks pretrial disclosure of Rule 404(b) and Rule 609 evidence relative to another defendant or alleged co-conspirator.

       SO ORDERED.

Dated:  February 13, 2007

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 13, 2007, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk

2